MIE 3  
Revised 07/12

Order of the Court to Dismiss Violation Petition

## UNITED STATES DISTRICT COURT
### for the
### Eastern District of Michigan

UNITED STATES OF AMERICA

      v.

MORGAN, Deandre Cartese                        Crim. No.:  21CR20362-05

On 09/24/2024 the Court authorized a petition and warrant for a probation violation charge.

    The probation department is recommending that the violation petition be dismissed, and the warrant be recalled, and supervision continued to the original expiration date.

    The reason for the request for dismissal of the Petition for Warrant is as follows:

    On September 24, 2024, MORGAN was charged in the 67th Judicial District Court, Flint, Michigan, with 4th Degree Child Abuse (misdemeanor), under Case Number 2024-24B01043. On October 16, 2024, MORGAN pled guilty and was sentenced to 26 days custody, credit for time served. The primary basis for the Petition for Warrant was due to the new criminal activity and the need for community protection. On October 31, 2024, MORGAN appeared before an initial appearance before Judge Curtis Ivy, Magistrate Judge for the Eastern District of Michigan, located in Flint, MI. MORGAN was released on a $10,000 unsecured bond. On November 13, 2024, Your Honor granted a stipulation and order continuing the supervised release violation hearing until February 20, 2024, to give MORGAN additional time to receive the appropriate mental health and substance abuse treatment needed. At that time, Your Honor also removed a bond condition and allowed MORGAN to regain custody of his minor children.

    Since the continuation of the supervised release violation hearing, MORGAN has continued to attend treatment at Sacred Heart Rehabilitation Services in Flint, Michigan, as required. Additionally, MORGAN informed this writer that he no longer has custody of his children. He has indicated that, without his permission, their mother had drove from Tennessee, retrieved the children from school, and took them back to Tennessee with her. As MORGAN's name was not included on the birth certificates of those children, he could not legally prevent her from doing so.

    Since released on bond, MORGAN has tested positive for marijuana, however, his abuse of marijuana is being addressed and can continue to be addressed while he is enrolled in treatment.

    The entirety of the initial request for a Petition for Warrant was in relation to community protection relating to child abuse charges. As noted above, MORGAN was convicted of a misdemeanor, and no longer has custody of his children. MORGAN is continuing to attend treatment to address his substance abuse issues. As such, this writer respectfully requests the Petition for Warrant be dismissed for the aforementioned reasons.

    Assistant U.S. Attorney Nancy Abraham was contacted regarding this matter and has no objection to this request.

Reviewed and Approved:                                               Respectfully submitted,

s\Warren L. Henson                                                      s\Ashley M Jerrell
Supervising United States Probation Officer      Senior U.S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above, it is ordered that the pending violation matter be resolved and supervision in this case be continued. All conditions imposed at the time of sentencing, along with any subsequent modifications to those conditions, remain in effect.

Dated this 11th Day of February, 2025.

s/Matthew F. Leitman
Honorable Matthew F. Leitman
United States District Judge

cc:  U.S. Marshal